# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

December 17, 2019

VIA FACSIMILE TRANSMITTAL (631) 715-7777
and FIRST CLASS MAIL

Christine H. Black, Esq.
Office of the United States Trustee
Alfonse M. D'Amato U.S. Courthouse
560 Federal Plaza
Central Islip, New York  11722

Re: Gil Leslie Appelbaum<br>Case No.  819-78497-845

Dear Ms. Black:

    I was appointed Interim Trustee in the above-referenced case.  Due to the appearance of a potential conflict of interest, I request that you appoint a successor Trustee in the above-referenced case.

    Should you have any questions, please contact me.

Very truly yours,

Marc A. Pergament

MAP:fa
cc:    Via E-Mail - cco@nylegaloption.com
        Catherine May Co, Esq.
        Law Offices of Catherine May Co