

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

---

*Alfonse M. D'Amato Federal Courthouse*    Telephone:   *(631) 715-7800*
*560 Federal Plaza*    Fax:   *(631) 715-7777*
*Central Islip, New York 11722-4456*

### *SUCCESSOR TRUSTEE MEMORANDUM*

TO:  Case Administration- Judge Team for Scarcella

FROM:  William K. Harrington
United States Trustee, Region 2

PREPARED BY:  Joann Lomangino

DATE:  December 17, 2019

RE:  Appointment of Successor Chapter 7 Trustee and Scheduling of Section 341(a) Meeting to be noticed by Clerk's Office

---

The below listed case has been reviewed.

ALLAN B. MENDELSOHN has been selected as Successor Trustee. His address is ALLAN B. MENDELSOHN, LLP, 38 NEW STREET, HUNTINGTON, NEW YORK 11743.   Telephone No. (631) 923-1625.

Attached is the Notice of Appointment.

The 341 (a) meeting for the below listed case is scheduled to be held at Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Room 561 on January 21. 2020 at 1:00 p.m.

*Successor Trustee- Chapter 7 Case*

**Gil Leslie Appelbaum**                                                  **Case No. 8-19-78497-las**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

   **Gil Leslie Appelbaum**                     **Case No. 8-19-78497-las**

         **Debtor.**

_____

**SUCCESSOR TRUSTEE APPOINTMENT OF TRUSTEE AND**
**DESIGNATION OF REQUIRED BOND**

_____

**To:**  Allan B Mendelsohn, LLP
      38 New Street
      Huntington, New York 11743

Marc A. Pergament, the Trustee for the above-captioned debtor(s) has tendered his resignation, and you are hereby appointed, pursuant to 11 U.S.C. § 703(b) as Successor Trustee.

      The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on filed with the Office.  <u>See</u> 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a).   In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:   Central Islip, New York
           December 17, 2019

                                          <u>*/S/William K. Harrington*</u>
                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, REGION 2
                                          Long Island Federal Courthouse
                                          560 Federal Plaza
                                          Central Islip, New York 11722
                                          Tel. No. (631) 715-7800